UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

2021-1330

_____

GAME AND TECHNOLOGY CO., LTD.,

Appellant

v.

WARGAMINGNET LLP

Appellee

_____

APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL
DUE TO SETTLEMENT THROUGH CAFC MEDIATION

_____

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellate Game and Technology, Co. Ltd. respectfully moves to dismiss this appeal, with each party to bear its own costs and legal fees.  The parties have reached resolution of this matter through the CAFC Mediation Program, a Settlement Agreement has been executed and all conditions met.  Counsel for all parties has consented to this motion and the dismissal.

For the above reasons, Appellant respectfully requests that the Court issue an order dismissing the appeal with each party to bear its own costs.

Dated: March 17, 2021           Respectfully Submitted,

                               /s/ Joseph J. Zito

                              Joseph J. Zito

DNL ZITO CASTELLANO
1250 Connecticut Ave.
Suite 700
Washington, D.C., 20036
jzito@dnlzito.com
(202) 466-3500

Attorneys for
Appellant Game and Technology Co.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

2021-1330

_____

GAME AND TECHNOLOGY CO., LTD.,

Appellant

v.

WARGAMINGNET LLP

Appellee

_____

CERTIFICATE OF COMPLIANCE WITH WORD COUNT CAFC 32(g)(1)

_____

Undersigned counsel hereby certifies that the Unopposed Motion to dismiss complies with Rule 32(g)(1).   The document complies with the type-volume limitation.  The document contains a total of 89 eighty nine words.


 /s/ Joseph J. Zito_____
Joseph J. Zito
DNL ZITO CASTELLANO
1250 Connecticut Ave.
Suite 700
Washington, D.C., 20036
jzito@dnlzito.com
(202) 466-3500

Attorneys for
Appellant Game and Technology Co.

-1-

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2021-1330

**Short Case Caption** Game and Technology, Co., v Wargamingnet LLP

**Filing Party/Entity** Gane and Technology, Co.

---

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box.** Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/08/2020

Signature: /s/ Joseph J Zito

Name: Joseph J. Zito

FORM 9. Certificate of Interest

| 1. **Represented Entities.** Fed. Cir. R. 47.4(a)(1). | 2. **Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | 3. **Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Game and Technology, Co. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Luiz F. Oliveira | Richard B. Vaught | |
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |